65 F.3d 161
 Mitchell S. Cappell
v.
Board of Trustees of University of Medicine and Dentistry of
New Jersey, Stanley Bergen, President, University of
Medicine and Dentistry, Norman Edelman, Dean, Robert Wood
Johnson Medical School, Frank Simon, as Associate Dean, John
Kostis, as Chairman, Department of Medicine, UMDNJ, Kiron
Das, as Chief, Division of GI/Hepatology, Mitchell S.
Cappell (Dr. Cappell)
 NO. 94-5686
 United States Court of Appeals,
Third Circuit.
 July 06, 1995
 
 Appeal From: D.N.J., No. 93-cv-01852,
 Wolin, J.
 
 
 1
 AFFIRMED.